IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN SULLIVAN                                                                    PETITIONER

v.                              No. 3:22-cv-244-DPM

DOE                                                                                RESPONDENT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ray's recommendation, *Doc. 10*, and overrules Sullivan's objections, *Doc. 13*. FED. R. CIV. P. 72(b)(3). His points about his parole process do not create issues that this Court can address on a *habeas* petition. Sullivan's § 2241 petition will be dismissed without prejudice. All pending motions are denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 December 2022