# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KEVIN SULLIVAN**                                                                 **PETITIONER**

v.                                   No. 3:22-cv-244-DPM

**DOE**                                                                             **RESPONDENT**

## JUDGMENT

Sullivan's § 2241 petition is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 December 2022